## UNITED STATES DISTRICT COURT
### District of Kansas
(Kansas City Docket)

UNITED STATES OF AMERICA,

                Plaintiff,

      v.                            **CASE NO. 23-mj-08025-ADM**

FRANKLIN BLUELAKE,

                Defendant.

## CRIMINAL COMPLAINT

I, Evan Comerio, Task Force Officer with the United States Marshals Service, the undersigned affiant/complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

### COUNT 1

### UNLAWFUL FLIGHT TO AVOID PROSECUTION
### [18 U.S.C. § 1073]

On or about February 1, 2023, in the District of Kansas and elsewhere, the defendant,

### FRANKLIN BLUELAKE,

traveled in interstate commerce from the State of Kansas, with the intent to avoid prosecution for the crimes of Premeditated First-Degree Murder, all of which are felonies under the laws of the State of Kansas.

In violation of Title 18, United States Code, Section 1073.

The following facts were made known to me by personal observation or from information I received from other law enforcement officers, and/or from other individuals.

1

1. I am a Task Force Officer (TFO) with the United States Marshal Service (USMS). I have served in law enforcement for nineteen years with the Johnson County Sheriff's Office. I have successfully completed training at the Kansas Law Enforcement Training Center Academy in 2004. As a TFO assigned to the USMS, I am responsible for investigating and apprehending federal fugitives and conducting federal criminal investigations. I have been involved in numerous criminal and fugitive investigations. As a federal agent, I am authorized to execute warrants and make arrests for offenses against the United States of America.  I am currently assigned to the Kansas City, Kansas Violent Crime Task Force.

2. On February 2, 2023, an arrest warrant was issued in Johnson County, Kansas District Court, commanding the arrest of Franklin Bluelake on the following charges:

-Premeditated First Degree Murder, K.S.A. 21-5402(a)(1).

This is a felony crime under the laws of the State of Kansas.  These charges result from an incident that occurred on or about January 29, 2023 in Olathe, Kansas.

3. Bluelake was a resident of New Mexico at the time of this incident.

4. On  January 29, 2023, Olathe Police Officers responded to the Econo Lodge located at 20662 W. 151st Street, Olathe, Johnson County, Kansas, for a check the welfare.

5. During that time, they discovered an unresponsive female party in one of the rooms. Officers attempted life saving measures with negative results.

6. An autopsy later revealed the victim was murdered and suffered a broken neck.

7. Through interviews of known relatives of the deceased, surveillance cameras in the area, and other investigative techniques, Bluelake was listed as the primary suspect.

8. On February 1, 2023, relatives of Bluelake contacted law enforcement and stated they just spoke with Bluelake on the phone.  Bluelake briefly discussed the homicide and later stated he is in Texas, and no one will find him.

9. Further investigation revealed Bluelake was in the Flagstaff Arizona area.  The discovery of Bluelake's 2001 Nissan Sentra registered in his name, in that area confirmed that information.

10. It was later learned Bluelake is potentially hiding out on Tribal Land in that area in an attempt to avoid prosecution.

10.  Based on the foregoing facts and circumstances, I believe that there is probable cause that the defendant, Franklin Bluelake, has traveled in interstate commerce and has fled the State of Kansas in an attempt to avoid prosecution for the crimes of Premeditated First-Degree Murder K.S.A. 21-5401 (a)(1) which is a felony in the State of Kansas.  Bluelake's flight is in violation of Title 18, United States Code, Section 1073.

Evan Comerio
Task Force Officer-United States Marshals

Sworn to before me and subscribed before me after having been submitted via reliable electronic means, this __6th__ day of February, 2023, Kansas City, Kansas.

HONORABLE ANGEL D. MITCHELL
United States Magistrate Judge District of Kansas

IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

**PENALTIES**

**Count 1**

- Punishable by a term of imprisonment of not more than five (5) years.  18 U.S.C. § 1073).

- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).